IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JIMMIE CLEMONS and EDWARD HOUSTON, Individually and on behalf of themselves and those similarly situated, | § § § § | |
| *Plaintiffs,* | § § | CIVIL ACTION NO. 3:17-cv-417-B |
| v. | § § | |
| PHB, INC. and E-TRANSPORT GROUP, INC., | § § § | |
| *Defendants.* | § | |

## ORDER APPROVING SETTLEMENT, ATTORNEYS' FEES, AND COST

On this day came for consideration before the Court the Plaintiffs' Unopposed Motion for Approval of Settlement and Unopposed Motion for Approval of Attorney's Fees and Costs with supporting Brief and Appendix (the "Motion").

The Court, having considered the Motion, finds that it should be **GRANTED**.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that:

1. The Confidential Settlement and Release Agreement ("Settlement Agreement") made the subject matter of the Motion:

    a. Is fair to all parties;

    b. Reasonably resolves a *bona fide* disagreement between the parties concerning the merits of the claims asserted in the action; and

    c. Demonstrates a good faith intention by the parties that the claims be fully and finally resolved.

2. Plaintiffs' Counsel is awarded attorneys' fees in the amount of $80,000 and expenses and costs of $4,408.74. Defendants shall bear their own costs and attorneys' fees.

3. The Notice, Consent to Join, and Release in the Settlement Agreement are approved to be mailed to the Conditionally Certified Collective Members;

4. The Settlement Administration Schedule is approved as follows:

   a. No later than seven (7) business days from the date of this Order, PHB will provide to Plaintiffs the Employee Information of the Conditionally Certified Collective Members;

   b. No later than fourteen (14) calendar days from the date of receipt of the Employee Information, Plaintiffs shall send by U.S.P.S. First Class mail the Notice, Consent to Join, Release, and tax forms to the Conditionally Certified Collective Members;

   c. Plaintiffs shall file, within two (2) days of mailing the Notice to the Conditionally Certified Collective Members, notice with the Court advising of the date of mailing;

   d. The Conditionally Certified Collective Members shall have until the close of the Opt-in Period (45 days calendar from mailing of Notice) to return or postmark the executed Consent to Join, Release, and completed tax forms. Only Conditionally Certified Collective Members who return or postmark a properly executed Consent to Join form and Release on or before the close of the Opt-in Period will be eligible for an Individual Settlement Payment;

   e. No later than seven (7) business days after the close of the Opt-In Period, Defendants shall deposit the Gross Settlement Payment of $200,000.00 into an escrow account as follows: PHB shall deposit into the escrow account $100,00.00 and ETG shall deposit into the escrow account $100,000.00;

  f. No later than seven (7) calendar days after the close of the Opt-In Period, Plaintiffs shall: (1) file with the Court all signed Consent to Join forms; (2) provide the names of the Settlement Collective Members to Defendants; and (3) provide copies of the signed Releases to Defendants;

  g. No later than seven (7) calendar days after the close of the Opt-In Period, PHB shall provide to Plaintiffs: (1) the unique identifiers for each Settlement Collective Member that correspond to the previously disclosed wage/hour data, (2) the names of the Settlement Collective Members who worked only during the time period of September 21, 2015 to September 20, 2016, and (3) the names of the Settlement Collective Members who did not work over forty hours in any seven-day workweek during the time period of September 21, 2015 to the date of this Order;

  h. No later than seven (7) calendar after receiving said unique identifiers, Plaintiffs shall file a motion to dismiss the Litigation with prejudice and shall provide to the Defendants the Settlement Information for each Settlement Collective Member;

  i. No later than fourteen (14) business days from the receipt of the Settlement Information, PHB shall issue and mail a check, by U.S.P.S. first class mail, to each Settlement Collective Member in accordance with the calculation terms set forth in the Settlement Agreement and provide copies of said checks to ETG and Plaintiffs;

5. The Settlement Agreement is **APPROVED** by the Court.

6. Without affecting the finality of the Court's judgment in any way, the Court retains jurisdiction over this matter for the purposes of resolving issues relating to interpretation, administration, implementation, effectuation, and enforcement of the Settlement Agreement.

SIGNED AND ENTERED this \_\_\_17th\_\_\_ day of \_\_\_December\_\_\_, 2018.

_____
HONORABLE JUDGE JANE J. BOYLE
UNITED STATES DISTRICT JUDGE